**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In | Breanna L. Taurino | ) | Chapter 13 |
| Re: | Debtor | ) | |
| | | ) | No. 18-11172-AMC |
| | | ) | |

**CERTIFICATION OF NO RESPONSE**

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.


                                    **/s/David M. Offen**
                                      **David M. Offen**
                                      **Attorney for Debtor**

**Date: 12/11/18**