UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              Case No: 18-11172
    Breanna L Taurino                                      Chapter: 13

    Debtor(s)

## NOTICE OF CHANGE OF ADDRESS

Creditor's Name: Gateway One Lending & Finance, LLC

Claim No: 14

Previous Notice & Payment Address:
160 N Riverview Dr., Ste 100
Anaheim CA 92808

New Notice & Payment Address:
175 N Riverview Dr.
Anaheim CA 92808

Request By: Stephanie Acuna / BK Admin
Signature: _/s/ Stephanie Acuna_
Phone: (888) 810-8740

Date: 04/22/2019