IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re    Breanna L. Taurino          )    Chapter 13 | |
|         Debtor                       ) | |
|                                      )    No. 18-11172-AMC | |
|                                      ) | |
|                                      ) | |

CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Modify Plan and respectfully request that the Order attached to the Motion be approved.


                                          /s/David M. Offen
                                          David M. Offen
                                          Attorney for Debtors

Date: 9/10/19