United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Breanna L Taurino  
       Debtor

Case No. 18-11172-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: DonnaR      Page 1 of 1      Date Rcvd: Sep 17, 2019  
                           Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2019.  
db            +Breanna L Taurino,    4309 Cottman Avenue,    Philadelphia, PA 19135-1106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2019 at the address(es) listed below:  
         DAVID M. OFFEN    on behalf of Debtor Breanna L Taurino dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                          TOTAL: 4

```
          IN THE UNITED STATES BANKRUPTCY COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

          IN RE:                  :    CHAPTER 13
                                  :
          Breanna L. Taurino      :
               Debtor             :    No. 18-11172-AMC
```

O R D E R

AND NOW, this 17th day of September, 2019, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtor's confirmed plan is modified to reflect that $7,440.00 has been paid to the Trustee and the Debtor shall pay $280.00 per month for the remaining 43 months for a total base amount of $19,480.00 and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Breanna Taurino