# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Breanna L. Taurino<br>      Debtor<br><br>LAKEVIEW LOAN SERVICING LLC<br>      Movant<br>  vs.<br><br>Breanna L. Taurino<br>      Debtor<br><br>William C. Miller, Esquire<br>      Trustee | CHAPTER 13<br><br><br><br><br>NO. 18-11172 ELF<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Motion for Relief of LAKEVIEW LOAN SERVICING LLC, which was filed with the Court on or about June 29, 2020 (Document No. 42).

            Respectfully submitted,

            **/s/ Rebecca A. Solarz, Esquire**
            Rebecca A. Solarz, Esquire
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA  19106
            215-627-1322

September 30, 2020