**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| **Breanna L Taurino** | : | **No. 18-11172-AMC** |
| Debtor | : | |

## ORDER APPROVING COUNSEL FEES

**AND NOW, upon consideration of the Application for Approval of Supplemental Compensation filed by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that the Application is Granted and supplemental compensation of amount of $950.00 is ALLOWED and shall be paid by the Chapter 13 Trustee to the extent there are funds available and** to the extent provided for in the confirmed plan.

5/5/21
_____
**DATED**

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**