United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11172-elf |
| Breanna L Taurino | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 05, 2021 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Breanna L Taurino, 4309 Cottman Avenue, Philadelphia, PA 19135-1106 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | May 06 2021 01:58:00 | Gateway One Lending & Finance, 175 N. Riverview Dr., Anaheim, CA 92808 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | May 06 2021 01:34:07 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Santander Consumer USA, Inc., as servicing agent f |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2021                              Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Breanna L Taurino dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |

District/off: 0313-2                          User: admin                                  Page 2 of 2
Date Rcvd: May 05, 2021                       Form ID: pdf900                           Total Noticed: 3

REBECCA ANN SOLARZ
                    on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
                    ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


|                      |   |                    |
|----------------------|---|--------------------|
| IN RE:               | : | CHAPTER 13         |
|                      | : |                    |
| Breanna L Taurino    | : | No. 18-11172-AMC   |
| Debtor               | : |                    |

### ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the Application for Approval of Supplemental Compensation filed by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that the Application is Granted and supplemental compensation of amount of $950.00 is ALLOWED and shall be paid by the Chapter 13 Trustee to the extent there are funds available and to the extent provided for in the confirmed plan.


5/5/21
_____
**DATED**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**