Certificate Number: 12433-PAE-DE-035931593

Bankruptcy Case Number: 18-11172



12433-PAE-DE-035931593

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 20, 2021, at 1:50 o'clock PM EDT, Breanna L. Taurino completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  August 20, 2021         By:    /s/Lisa Susoev

                                Name:  Lisa Susoev

                                Title: Teacher