IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Breanna L Taurino | : | No.  18-11172-ELF |
| Debtor | | |

**PRAECIPE  TO  WITHDRAW**

    Pursuant to the above-captioned matter, kindly withdraw the Motion to Extend time to File Financial Management Course Certificate and for the Court to Enter a Discharge, Document No. 59, filed on August 13, 2021.

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 W
601 Walnut Street
Philadelphia, PA  19106
215-625-9600

Dated:  September 13, 2021