United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-11172-elf

Breanna L Taurino  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Oct 18, 2021 | Form ID: 138OBJ | Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Breanna L Taurino, 4309 Cottman Avenue, Philadelphia, PA 19135-1106 |
| 14093113 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14060393 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14060404 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14060406 | + | PGW, 1800 North 9th Street, Philadelphia, PA 19122-2021 |
| 14075905 | + | PHILA GAS WORKS, 800 W MONTGOMERY AVE, PHILADELPHIA PA 19122-2898, ATTN: BANKRUPTCY DEPT, 3FL |
| 14060407 | | Philadelphia Parking Authority, Red Light Camera Prgm., POBox 742503, Cincinnati, OH 45274-2503 |
| 14071031 | + | Rebecca A. Solarz, Esquire, KML Law Group, P.C., c/o Lakeview Loan Servicing, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14485230 | + | SantanderConsumerUSA Inc, as servicing agent for Gateway,One, Lending&Finance,LLC(Gateway), P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14094079 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14060410 | + | Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 18 2021 23:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 18 2021 23:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 18 2021 23:33:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14060392 | + | Email/Text: bankruptcy@rentacenter.com | Oct 18 2021 23:33:00 | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 14171462 | | Email/Text: megan.harper@phila.gov | Oct 18 2021 23:33:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14060394 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 18 2021 23:42:55 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14060397 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2021 23:42:56 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14060398 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2021 23:33:00 | Comenitybank/New York, AttN: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14060399 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 18 2021 23:42:58 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |

| Recip ID | | Notice Method | Date | Recipient |
|---|---|---|---|---|
| 14066034 | | Email/Text: mrdiscen@discover.com | Oct 18 2021 23:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14060401 | + | Email/Text: mrdiscen@discover.com | Oct 18 2021 23:33:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14060402 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Oct 18 2021 23:33:00 | Gateway One Lending & Finance, Attn: Bankruptcy, 175 North Riverview Dr., Anaheim, CA 92808 |
| 14060403 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 18 2021 23:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14098685 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2021 23:42:56 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14076703 | | Email/Text: camanagement@mtb.com | Oct 18 2021 23:33:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14060405 | | Email/Text: camanagement@mtb.com | Oct 18 2021 23:33:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 14099207 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 18 2021 23:33:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14100606 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2021 23:42:53 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14061313 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 18 2021 23:42:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14089211 | | Email/Text: bnc-quantum@quantum3group.com | Oct 18 2021 23:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14097582 | | Email/Text: bnc-quantum@quantum3group.com | Oct 18 2021 23:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14060408 | + | Email/Text: bankruptcy@sw-credit.com | Oct 18 2021 23:33:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14060409 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 18 2021 23:42:53 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14060411 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 18 2021 23:33:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 14060412 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 18 2021 23:33:00 | Verizon, P.O. Box 8585, Philadelphia, PA 19173-0001 |
| 14060413 | | Email/Text: megan.harper@phila.gov | Oct 18 2021 23:33:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14060396 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14060395 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14060400 | *+ | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 18-11172-elf    Doc 69    Filed 10/20/21    Entered 10/21/21 00:36:39    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 18, 2021 | Form ID: 138OBJ | Total Noticed: 37 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 20, 2021      Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Breanna L Taurino dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Breanna L Taurino
      Debtor(s)

Case No: 18−11172−elf

Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/18/21